PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2015 OCT 15 AM 9:20
WESTERN DISTRICT OF TEXAS
BY _____

# United States District Court
## FOR THE

### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Crim. No. <u>A-08-CR-391(1) SS</u>

John Christian Gunn

On the above named was placed on a term of supervised release for a period of <u>five (5)</u> years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____
Kathleen Dow
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 14th day of October, 2015

_____
Sam Sparks
United States District Judge